**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Neil R. PUTERBAUGH, Jr., Defendant-Appellant.**

No. 16-14904

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(May 22, 2017)

Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, Rinku Talwar Tribuiani, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff-Appellee

Before TJOFLAT, WILLIAM PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Richard Rosenbaum, appointed counsel for Neil Puterbaugh, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Puterbaugh's conviction and sentence are **AFFIRMED**.